UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. CATHY WALDOR |
| v. | : | Mag. No. 12-7371 |
| LIMARY CAMBRELEN LEANDRY | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lakshmi Srinivasan Herman, Assistant U.S. Attorney), and defendant Limary Cambrelen Leandry (Linda Foster, AFPD), for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and four prior continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury

proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 4th day of ~~August~~ Sept, 2013,

ORDERED that this action be, and it hereby is, continued from the date of this Order to October 31, 2013; and it is further

ORDERED that the period from the date of this Order through October 31, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY WALDOR
United States Magistrate Judge

Form and entry
consented to:

_____
Lakshmi Srinivasan Herman
Assistant U.S. Attorney

_____
Linda Foster, AFPD
Counsel for defendant Limary Cambrelen Leandry